UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORNELL A. BENSON, JR.,<br><br>                Petitioner,<br><br>   v.<br><br>STEVE SINCLAIR,<br><br>               Respondent. | Case No. C10-892-JCC<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer to the petition, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation. (Dkt. No. 30.)

2. Petitioner's petition for writ of habeas corpus (Dkt. No. 13) is DENIED and this action is DISMISSED with prejudice.

3. In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DENYING PETITION FOR WRIT
OF HABEAS COPRUS - 1

4. The Clerk shall send copies of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 29th day of June 2011.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
United States District Judge

ORDER DENYING PETITION FOR WRIT
OF HABEAS COPRUS - 2